# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Mary E. Stead,                          :
                    Petitioner          :
                                        :
        v.                              :
                                        :       No. 790 C.D. 2019
Unemployment Compensation               :
Board of Review,                        :
                    Respondent          :


**PER CURIAM**                    **O R D E R**


NOW, March 24, 2020, upon consideration of petitioner's application for reconsideration, the application is denied.